Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 FEB 11  AM 9: 16

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

District of

Division

Richard B Bayson
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Southeast Community College, Ashley Fritz,
Todd Klopfenstein, Kristen Lewis, Angela Poppenhagen

_____
Defendant(s)
(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  8:26CV56
_____
(to be filled in by the Clerk's Office)

Jury Trial:  (check one)   ☑ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Richard B Bayson |
| Street Address | 4300 North 7th Street Apt 306 |
| City and County | Lincoln, Lancaster |
| State and Zip Code | Nebraska, 68521 |
| Telephone Number | 347 806 4762 |
| E-mail Address | richard.bayson@yahoo.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                         Southeast Community College
Job or Title *(if known)*     Public community college
Street Address               301 South 68th Street Place
City and County              Lincoln, Lancaster
State and Zip Code           Nebraska 68510
Telephone Number             402 471 3333
E-mail Address *(if known)*

Defendant No. 2

Name                         Ashley Fritz
Job or Title *(if known)*     Nursing Director
Street Address               8800 O Street
City and County              Lincoln, Lancaster
State and Zip Code           Nebraska, 68520
Telephone Number             402 471 3333
E-mail Address *(if known)*

Defendant No. 3

Name                         Todd Klopfenstein
Job or Title *(if known)*     Respiratory Therapist
Street Address               8800 O Street
City and County              Lincoln, Lancaster
State and Zip Code           Nebraska 68520
Telephone Number             402 471 3333
E-mail Address *(if known)*

Defendant No. 4

Name                         Kriston Lewis
Job or Title *(if known)*     Respiratory Therapist
Street Address               8800 O Street
City and County              Lincoln, Lancaster
State and Zip Code           Nebraska 68520
Telephone Number             402 471 3333
E-mail Address *(if known)*

Defendant No 5               Angela Poppenhagen
                             Respiratory Therapist
                             8800 O Street
                             Lincoln, Lancaster
                             Nebraska 68520

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. "The Fourteenth Amendment to the United States Constitution - Procedural Due Process Clause and the 42 U.S.C Section sign 1983 (federal Statute)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHMENTS

---

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. - Plaintiff seeks 9 million in compensatory and punitive damages.

- Plaintiff seeks reimbursement of tuition and fees paid to Southeast Community College. Plaintiff seeks $ 125,000 for lost wages and career delay resulting in the inability to complete program and obtain licensure. Plaintiff seeks damages for emotional distress and mental suffering. Plaintiff seeks tuition reimbursement. Plaintiff seeks correction of academic records as determined by the courts. Plaintiff seeks appropriate injunctive and equitable relief

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     2/11/2026

Signature of Plaintiff

Printed Name of Plaintiff     Richard B Bayson

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Defendant #1: Southeast Community College

1. On March 26, 2025, I submitted a written complaint to Southeast Community College (SCC). After submitting this complaint, I was not provided the Student Grievance Hearing Procedures, the academic grievance form, the non-academic grievance form, or any information about the steps required to file or pursue a grievance.

2. SCC did not acknowledge my complaint, did not begin any investigation, did not interview me, did not interview witnesses, did not collect evidence, and did not document any review process. No written findings were issued, and no appeal options were provided.

3. On March 27, 2025, within 24 hours of my complaint, SCC issued adverse academic actions before any meeting, review, or investigation occurred. On March 28, 2025, SCC stated in writing that the information used to justify the adverse action was incorrect, but the adverse actions remained in place.

4. SCC's academic grievance procedures require informal resolution, provision of the grievance form, referral to the campus Dean of Students, the option to file a formal grievance, appointment of a five-member grievance committee, a formal hearing, written findings, and appeal rights. I did not receive any of these steps. I was not given the grievance form, was not referred to the Dean, was not allowed to file formally, was not granted a hearing, and did not receive findings or appeal options.

5. SCC's non-academic grievance procedures apply to concerns involving unreasonable decisions or incorrect application of policy. My March 26 complaint met these criteria, but SCC did not process it under the non-academic grievance procedure and did not provide the required steps or forms.

6. Instead of following its mandatory procedures, SCC issued decisions without providing notice, review, hearing, or appeal. I was not informed of any required procedures, and I was not given an opportunity to respond before or after the actions were taken.

Defendant #2 Ashley Fritz

On March 26 2025 at 3:14 a.m. I emailed the nursing director Ashley Fritz with concerns about fairness and treatment in the LPN program.

-On March 26 2025 at 433 p.m. I received an email from Ms Fritz stating she wanted to understand my concerns and ask if I would meet with her and another faculty member to discuss them.

-On March 27 2025 at 9:41 a.m. I received an email from the nursing director again proposing a meeting on March 31 2025 at 1:00 p.m. instructing me to meet her on the third floor near the faculty office space.

-On March 27 2025 at 603 p.m. before the scheduled meeting occurred, Miss Fritz emailed me stating that my third attempt at administering medications was unsuccessful and that it appeared the wrong medication had been administered. She listed several items she stated were missed during the attempt and wrote that this would result in a grade of an F for both lab and clinical. She's also suggested I consider the medical assistant program and reminded me of the approaching drop date.

-On March 27 2025 at 6:04 p.m., Miss Fritz emailed me again regarding the March 31 meeting in Acts whether I prefer it an LPN instructor I was comfortable with or an instructor outside the program to attend the meeting with her.

-when March 28 2025 at 10:26 a.m. Miss Fritz email to clarify that I had not administered the incorrect medication correcting the statement she made the previous evening. The failing grade continued without removal.

-On March 31 2025 at 11: 39am before the scheduled meeting time, Miss Fritz emailed stating that the situation would result in a grade of F for lab and clinical and recommended that I withdraw from both courses. She stated that if I remained in clinical, I would not be permitted to administer medications which will result in failing the course.

On April 1 2025 at 157 p.m., Miss Fritz emailed stating that after reviewing everything, I had not met the requirements to pass the course and that new additional attempt would be offered.

-at no time did Miss Fritz provide me with the student grievance hearing procedures, the academic grievance form, The non-academic grievance form, or any written notice explaining how to challenge the decisions made. I was not informed of any process to respond, request review, or appeal before or after these actions were taken.

at no time on March 26, March 27, March 28, March 31, or April 1 of 2025 did nursing director Ashley Fritz provide me with the student grievance hearing procedures, the academic grievance form, or the non-academic grievance form.

-Miss Fritz did not inform me of any process to challenge the decisions made about my medication administration

attempt, My lab grades, My clinical grades, or my continued enrollment in the LPN program.

-I did not receive any written notice, emails, or communication from Miss Fritz explaining how to request review, file a grievance, request a hearing, or appeal the decisions made.

-all adverse academic decisions were issued before I was given any information about how to respond, how to challenge the decisions, or how to access the required grievance procedures.

-Because I was not informed of the required procedures, I had no meaningful opportunity to challenge the decisions that affected my grades, clinical standings, or enrollment in the LPN program.

-Southeast Community College mandatory E19A college policy states: Under No circumstances will a person filing a complaint or grievance involving discrimination be retaliated against for filing the complaint or grievance.

On March 26 2025 at 3:14 a.m. I emailed the nursing director Ashley Fritz with concerns about fairness and treatment in the LPN program.

-On March 26 2025 at 4:33 p.m. Miss Fritz responded and stated she wanted to understand my concerns and ask if I would meet with her and another faculty member

On March 27 2025 less than 24 hours these academic decisions or issued the next day after my March 26 complaint and before any meeting, review, or investigation took place.

On March 26 2025, I emailed the nursing director Ashley Fritz with concerns about fairness and treatment in the LPN program. Miss Fritz responded the same day. My email was not acknowledged as a grievance, and I was not provided the student grievance hearing procedures, the academic grievance form, or the non-academic grievance form. I was not referred to the dean of students, and no informal resolution or investigation was started.

Defendant #3: Todd Klopfenstein —

1. In 2023, I was enrolled in the Respiratory Therapy program at Southeast Community College. At that time, Mr. Todd Klopfenstein was the Program Chair.

2. During my enrollment, I received failing grades in the Respiratory Therapy program. No instructor, including Mr. Klopfenstein, provided me with the Student Grievance Hearing Procedures, the academic grievance form, or the non-academic grievance form.

3. I did not receive any written notice, email, or communication from Mr. Klopfenstein informing me of my rights, the required grievance procedures, or how to challenge or appeal the failing grade.

4. I was not informed of any process to request review, file a grievance, or appeal the academic decisions made in the program.

5. Because I was not provided the required procedures or forms, I had no opportunity to challenge the failing grade or present my side before or after the adverse academic action was issued.

6. As a result, I was unable to use the college's grievance process, and my academic standing deteriorated, leading to failure of the course and removal from the Respiratory Therapy program.

Defendant #4 Kristen Lewis

As a Respiratory Therapy instructor Ms Lewis did not inform me of my grievance Hearing procedures. In 2023 I was enrolled in the Respiratory Therapy program. I received a failing grade from instructor Kristen Lewis. I was not informed of the student grievance hearing procedures, the mandatory academic grievance form, or the non-academic grievance form. I did not receive any written notice, email, or communication informing me of my rights or the required procedures before or after the adverse academic action was issued. As a result, I was unable to challenge the grade, and my academic standing deteriorated, leading to failure of the course and the program.

Defendant #5: Angela Poppenhagen

1. In 2023, I was enrolled in the Respiratory Therapy program at Southeast Community College. During this time, Ms. Angela Poppenhagen was one of the Respiratory Therapy instructors involved in my coursework.

2. When I received a failing grade in the Respiratory Therapy program, Ms. Poppenhagen did not provide me with the Student Grievance Hearing Procedures, the academic grievance form, or the non-academic grievance form.

3. I did not receive any written notice, email, or communication from Ms. Poppenhagen informing me of my rights, the required grievance procedures, or how to challenge or appeal the failing grade.

4. Ms. Poppenhagen did not inform me of any process to request review, file a grievance, or appeal the academic decisions made in the program.

5. Because I was not provided the required procedures or forms, I had no opportunity to challenge the failing grade or present my side before or after the adverse academic action was issued.

6. As a result, I was unable to use the college's grievance process, and my academic standing deteriorated, leading to failure of the course and removal from the Respiratory Therapy program.

 **Southeast** COMMUNITY COLLEGE

Q

Home » Current Students »

**Grievance Hearing Procedures for Students**

# GRIEVANCE HEARING PROCEDURES FOR STUDENTS

Most students believe they have been treated fairly by the College and by any and all individuals representing the College. The Student Grievance Process is a way for a student to remedy the rare situation where a student feels they have been treated unfairly, and have not be able to obtain justice in any less formal manner. Southeast Community College is dedicated to a policy that all grievances relating to students at the college, including grade appeals, will be handled fairly and equally without regard to race, color, sex*, age, religion, disability, national origin, marital status, veteran status, political affiliation, sexual orientation or other non-merit factors. Nothing in this policy prevents a student from discussing a complaint informally with any appropriate College employee.

The purpose of a Student Grievance procedure is to secure, at the lowest level possible, equitable and timely solutions to problems that may arise. Grievances may be addressed through an informal or formal procedure and apply to



Q

and fairness in filing and resolving grievances concerning restriction of rights or misapplication of College policy, including, but not limited to:

- Disciplinary action
- Grade appeals/disputes
- Financial aid
- Americans with Disabilities Act Reasonable Accommodations

A grievance may be withdrawn by the student at any time during the Grievance Process.

# SEPARATE PROCEDURES FOR SEXUAL MISCONDUCT AND SEXUAL HARASSMENT HEARINGS

A separate set of procedures are used for hearings related to sexual misconduct and sexual harassment. You can find information related to these hearings on the **Title IX Resources** page. Any differences in procedures for sexual misconduct and sexual harassment will be addressed in the manner described on the **Title IX Resources** page.

## Grievance Definitions and Expectations ■

 **Southeast** COMMUNITY COLLEGE

an academic program not in accordance with college or program policy. An academic grievance must be based on at least one of the following: arbitrary and/or capricious action on the part of the faculty member including dismissal from a program on some basis other than performance in the course or program and compliance with policy; application of standards different from those that were applied to other students in the same course or program; or dismissal from a program not in accord with the program standards.

### Non-Academic Grievance:

A non-academic grievance is a formal dispute between a student and a college employee about the understanding and/or application of the policies and procedures of the campus or college that negatively affects the student. A non-academic grievance may be based on one of the following claims: the decision made was made on unreasonable grounds or without any proper consideration of circumstances by a college employee or administrative office; the policy or procedure was applied unfairly and/or in a different manner than it was applied to others; an administrative error was made in the application of the policy or procedure.

### Grievant:

The grievant is the student who files a grievance.

### Respondent:

The respondent is the faculty or staff member whose



**Disciplinary action:**

Action taken by a College staff member in response to a student violation, misapplication, or non-application of a College rule or policy.

**Days:**

Shall be defined as days that the College is in session (excluding Saturdays, Sundays and holidays.)

**Board of Governors:**

Refers to the Board of Governors of Southeast Community College.

## Protocol ■

**Time Limits:**

Every effort will be made to settle grievances promptly. Time limitations specified in this policy may be extended by written, mutual agreement. If there is no written mutual agreement to extend the time limits, and if the student fails to appeal to the next level within the specified time limits, the grievance will be deemed settled on the basis of the last decision rendered. If the College fails to act on a grievance or to notify the student of the decision at any level within the specified time limits, the student will be permitted to appeal to the next level within the time that would have been allotted had the decision been communicated within the appropriate time limit.

 **Southeast**
COMMUNITY COLLEGE

Q

participating in the investigation of a grievance is prohibited. Retaliation is any overt or covert act of reprisal, interference, restraint, penalty, discrimination, intimidation, or harassment against one or more individuals for exercising their rights (or supporting others for exercising their rights) under this policy. The college will investigate any reports of retaliation and take appropriate action as necessary.

### Confidentiality:

All actions taken to resolve grievances through this process will be conducted with as much privacy, discretion and confidentiality as possible without compromising the thoroughness and fairness of the process. All persons involved are to treat the process with respect.

### Reasonable Accommodations:

Students needing reasonable accommodations to access or participate in the grievance process should contact the Student Accommodations Resource Office at their campus location for additional information and assistance.

### Use of Legal Counsel:

Grievance Hearings are administrative in nature and present an opportunity for both sides to present and/or clarify facts. Neither party will be allowed the presence or use of legal counsel at any stage of the Grievance Hearing. However, if the student is concurrently facing criminal charges generated by the same incident that resulted in the disciplinary action, the student would be allowed the



**NOTE:**

Legal counsel may not speak on behalf of the student or in his/her place. When the student is allowed to use legal counsel to provide passive assistance, the College also retains the right to have legal counsel present to provide passive assistance.

## Grievances/Appeals Involving Suspension OR Dismissal

Students who are scheduled for a Grievance Hearing involving Suspension or Dismissal from class or College activities will generally be allowed to continue attending classes, remain on campus and attend College events/activities until the Grievance Hearing is completed.

However, when it is determined by College Administration (e.g. Dean of Students, Campus Director, or the President) that continued attendance presents reasonable concerns regarding issues of student/staff safety, health or welfare; attendance will be restricted until after the Grievance Hearing Committee has made a determination and issues a recommendation concerning attendance.

## Informal Grievance Procedures

An attempt should be made by both parties to resolve the grievance in a timely fashion and at the lowest possible



Within ten (10) days from the date the grievant could have reasonably gained knowledge of the alleged misapplication or non-application of College rules or policies, The student must communicate with the involved participants, including, but not limited to, instructor, the program chair, the division dean, or the involved staff as a first attempt to resolve the grievance informally.

Students are encouraged to seek resolution of the grievance through the informal process. If the grievance is not resolved at this level, the Formal Grievance Procedure may be initiated.

## Formal Grievance Procedure

The Formal Grievance Procedure is available to all currently enrolled students of the College in an attempt to provide equitable solutions to concerns and problems that may arise and is initiated if the Informal Grievance Process has not resulted in a satisfactory/ acceptable resolution.

1. Within five (5) days from the date the Informal Grievance Process is concluded, the student must complete and submit to the Campus Dean of Students the Student Grievance form. Forms can be obtained from the Dean of Students.

2. The Campus Dean of Students will, within five (5) days, or on a date mutually agreed upon by the Dean and grievant, appoint a minimum of five (5) members to the Grievance Hearing Committee. A Grievance Hearing Committee may include, but is not limited to:
   The Campus Dean of Students (ex officio)

 **Southeast** COMMUNITY COLLEGE          🔍

    4. Student Senate representative

    5. Support staff

    6. Administrative staff

    7. Other individuals deemed appropriate and/or necessary as determined by the Dean of Students

3. The following guidelines will serve as a basis for Grievance Committee Meetings and Hearings:

    1. The student is permitted to appear in person to review the complaint. Such a request must be indicated on the Student Grievance Form.

    2. The employee(s) against whom the student has filed a grievance will be invited by the Committee Chairperson to present information relating to the student-filed grievance.

    3. Committee members, the student and other participants will receive copies of the formal grievance when deemed appropriate by the Dean of Students or Committee Chairperson.

    4. The student will be notified in writing of the date, time and place of the hearing via either U.S.P.S. Registered Mail with Return Receipt Requested OR delivered in person to the student with the student signing his/her signature acknowledging receipt of the response. Email communication may be used if agreed upon by the student and Dean of Students.

    5. Hearings are not open to the public or to College staff unless invited by the Committee Chairperson to participate.

    6. Participants will be excused after their statements are given and questioning has ended.

    7. The Committee Chairperson may make any reasonable decisions necessary to advance the



Q

at the hearing. Specific procedures will be explained by the Committee Chairperson prior to the beginning of the meeting or hearing. (Note: The Committee Chairperson may exclude from the meeting or hearing any persons who fail to comply with the procedures or rulings of the Committee Chairperson.)

8. The student may have witnesses and an advisor of their choice, who have specific personal knowledge of the situation being grieved, to be selected from faculty, staff or student body of the College. (See "Use of Legal Counsel" for exception to these guidelines.) In no instance will another person be permitted to speak independently for the student or in their place.

9. Students are responsible for notifying their selected advisors and/or witnesses. Prior to the hearing, the student must inform the Committee Chairperson whether the selected advisor(s) and/or witness(es) will attend the hearing.

10. If the student fails to appear at a scheduled hearing, and has not requested that the hearing be rescheduled and provided a reasonable basis for doing so, the committee may, at its discretion, proceed on the basis of available information.

11. An audio recording will be made of the information presented, and a copy of the recording will be made available to the student grievant if requested.

12. After hearing the information provided by the student and other participants concerning the grievance, committee members will discuss the grievance in closed session.

13. A separate audio recording will be made of the Committee discussion after the student grievant

 Southeast
COMMUNITY COLLEGE

Q

employee(s) if the student grievant requests an Appeal Hearing following the steps outlined in the Grievance Appeal Process.)

14. The Committee shall review and consider the information presented and consult with appropriate College staff as necessary and appropriate. After review and consideration, the committee may decide to: a.) uphold the action taken; or b.) grant the remedy requested by the grievant; or c.) select an alternative resolution.

15. A decision requires a simple majority vote of the committee members present. However, a minimum of five (5) committee members must be present and available to conduct a vote.

4. Within five (5) business days (excluding Saturdays, Sundays and holidays) that the College is in session, from the date that the hearing was conducted, a written response shall be prepared by the Committee Chairperson and sent to the student grievant. The response will be delivered to the student via either U.S.P.S. Registered Mail with Return Receipt Requested OR delivered in person to the student with the student signing his/her signature acknowledging receipt of the response. The response shall include: a. the committee's determination; b. next step in the Grievance Appeal Process; and c. the name, address and contact information for the next step in the appeal process.

5. Copies of the decision/response to the student shall be sent under confidential cover to those against whom the grievance was filed, the Vice President for Student Services, Grievance Committee Members, Campus Director, and College Vice President that the department the grievance pertained to (e.g. Instruction, Technology, Student Services)



forward all grievance materials, information and audio recordings to the next SCC employee(s) identified in the appeal process.

7. If the student grievant does not appeal, all grievance-related documents and recordings shall be retained and filed in the Dean of Students' Office.

## Process to Appeal Grievance Hearing Committee Decision

■

1. **Appeal to the Vice President**

   If the student is not satisfied with the decision of the Grievance/ Disciplinary Hearing Committee, the student may file a written request for a Grievance Appeal Hearing with the College Vice President that the domain of the grievance pertained to (Instruction, Technology, Student Services), as identified by the committee. The request must be filed within five (5) days of receiving the Grievance Hearing Committee's decision. The Grievance Hearing Committee Chairperson shall forward all grievance materials, information and audio recordings to the appropriate College Vice President if the student grievant requests an Appeal Hearing following the steps outlined in the appeal process. The appropriate College Vice President will hold the Appeal Hearing requested within twenty (20) days of the date the request was received. The student will be notified in writing of the date, time and place of the hearing via either U.S.P.S. Registered Mail with Return Receipt Requested OR delivered in

 **Southeast** COMMUNITY COLLEGE                    Q

2. **Appeal to the College President**

If the decision of the appropriate Vice President/Campus Director is not satisfactory to the grievant, the grievant may request in writing within five (5) days an Appeal Hearing with the College President. The College President will hold the Appeal Hearing request within twenty (20) days of the date the request was received.

The student will be notified in writing of the date, time and place of the hearing via either U.S.P.S. Registered Mail with Return Receipt Requested OR delivered in person to the student with the student signing the notice acknowledging receipt of the response.

3. **Appeal to the Board of Governors**

Only matters involving a student's Suspension or Dismissal from the College may be appealed to the Board of Governors. If the decision of the College President is not satisfactory to the grievant, the grievant may request in writing within five (5) days an Appeal Hearing with the Board of Governors. The hearing before the Board of Governors will be held as scheduled by the Board Chair. The Board will conduct the Appeal Hearing within twenty (20) days of the date the request was received. The student will be notified in writing of the date, time and place of the hearing via either U.S.P.S. Registered Mail with Return Receipt Requested OR delivered in person to the student with



Southeast
COMMUNITY COLLEGE                                    Q

4. **External Avenues for Redress**

In the event the grievant filing an appeal is not satisfied with the decision of the College, the grievant may wish to explore avenues of redress external to the College.

## Forms ■

📄 Non-Academic Student Grievance form
📄 Academic Student Grievance form

**\*The U.S. Department of Education's Office for Civil Rights enforces Title IX's prohibition on discrimination on the basis of sex to also include discrimination based on gender identity.**

Scope

Amnesty

Standards of Conduct

Academic Integrity

Conduct Review Process

Grievance Hearing Procedures for Students

Conduct Sanctions

 **Southeast** COMMUNITY COLLEGE

🔍

    

Select Language  ⌄

Powered by Google **Translate**

**Beatrice Campus**
4771 W. Scott Road
Beatrice, NE 68310-7042
402-228-3468
800-233-5027

**Lincoln Campus**
8800 O St.
Lincoln, NE 68520-1227
402-471-3333
800-642-4075

**Milford Campus**
600 State St.
Milford, NE 68405-8498
402-761-2131
800-933-7223

Jobs at SCC
Transcript Request
Faculty / Staff
Current Students
Contact Us
100% Tax Credit

Apply   Visit   Locations   Donate

SCC is an equal opportunity educator and employer. Please refer to our Privacy Statement section for SCC's policies, privacy statement, and other important information.
© Southeast Community College 2024. All Rights Reserved.
Consumer Information | Title IX





## COLLEGE POLICY

*PERSONNEL*

### E-19a  PROCEDURE  Concern/Complaint Resolution Process

Southeast Community College strives to provide a professional workplace for employees and students, and an environment that is conducive to innovative teaching and student learning.  In accordance with the Higher Learning Commission requirements, a process of shared governance will allow all voices of the employees, students and community to be heard.

**\*NOTE: Grievance Resolution procedures negotiated between the College and the SCC Faculty Association, or the SCC Professional Association are outlined in their respective agreements.**

Employees:

If a concern or complaint arises, a process meeting all fair employment practices will allow the concern or complaint to be brought forward to an immediate supervisor or other responsible administrator for resolution. Concerns should pertain to an alleged violation or misapplication of policy or procedure and resolution should be sought working with an employee's direct supervisor. If the concern cannot be resolved using the initial informal process, a formal Concern/Complaint Resolution Form may be filed.  If the reporting employee desires to submit a concern anonymously, they may do so using the designated reporting system.

[NOTE: Grievance Resolution procedures negotiated between the College and the SCC Faculty Association, or the SCC Professional Association are outlined in their respective agreements.]

Informal Process Required

Any staff concern(s) related to employment should first be discussed with the direct supervisor. When the nature of the concern dictates otherwise (e.g., concern is with the immediate supervisor), the employee may choose to present the issue to any higher supervisory position within their division (e.g., Dean, Associate Dean, Vice President, Administrator).

Formal Process Available

If a concern by an employee regarding the alleged violation(s) of inequitable application of College policies or procedures is not satisfactorily resolved within the employee's line of supervision, the individual may complete and submit a Concern/Complaint Resolution Form in writing to the Human Resources Office.

**Discrimination, Harassment, or Retaliation Reporting**

Employees or students should initially report all instances of discrimination, harassment or retaliation to their immediate supervisor or faculty member or to the compliance coordinator designated to handle complaints of discrimination.  If the employee or student is uncomfortable in presenting the problem to the supervisor or faculty member, or if the supervisor or faculty member is the problem, the employee or student may report the alleged discrimination, harassment or retaliation to the designated coordinator, or in the case of students, to another staff person.

Other individuals may report alleged discrimination to the designated coordinator. If the designated coordinator is the person alleged to have committed the discriminatory act, then the complaint should be submitted to the Superintendent for assignment.

Table of Contents
Section E approved by Board of Governors 12.13.2022
Effective 1.13.2023



## COLLEGE POLICY

*PERSONNEL*

→ Under no circumstances will a person filing a complaint or grievance involving discrimination be retaliated against for filing the complaint or grievance.

**Level 1 (Investigation and Findings)**

Once the College receives a grievance, complaint or report alleging discrimination, harassment, or retaliation, or becomes aware of possible discriminatory conduct, the College will conduct a prompt, adequate, reliable, thorough, and impartial investigation to determine whether unlawful harassment occurred. If necessary, the College will take immediate, interim action or measures to protect the alleged victim and prevent further potential discrimination, harassment, or retaliation during the pending investigation. The alleged victim will be notified of his or her options to avoid contact with the alleged harasser, such as changing a class or prohibiting the alleged harasser from having any contact with the alleged victim pending the result of the College's investigation. The College will minimize any burden on the alleged victim when taking interim measures to protect the alleged victim.

The College will promptly investigate all complaints of discrimination, even if an outside entity or law enforcement agency is investigating a complaint involving the same facts and allegations. The College will not wait for the conclusion or outcome of a criminal investigation or proceeding to begin an investigation required by this grievance procedure. If the allegation(s) involve possible criminal conduct, the College will notify the complainant of his or her right to file a criminal complaint, and College employees will not dissuade the complainant from filing a criminal complaint either during or after the College's investigation.

The College will aim to complete its investigation within ten (10) working days after receiving a complaint or report, unless extenuating circumstances exist. Extenuating circumstances may include the unavailability of witnesses due to illness or incapacitation, or additional time needed because of the complexity of the investigation, the need for outside experts to evaluate the evidence (such as forensic evidence), or multiple complainants or victims. If extenuating circumstances exist, the extended timeframe to complete the investigation will not exceed ten (10) additional working days without the consent of the complainant, unless the alleged victim agrees to a longer timeline.  Periodic status updates will be given to the parties, when appropriate.

The College's investigation will include, but is not limited to:

a.  Providing the parties with the opportunity to present witnesses and provide evidence.
b.  An evaluation of all relevant information and documentation relating to the alleged discriminatory conduct.
c.  For allegations involving harassment, some of the factors the College will consider include: 1) the nature of the conduct and whether the conduct was unwelcome, 2) the surrounding circumstances, expectations, and relationships, 3) the degree to which the conduct affected one or more students' education, 4) the type, frequency, and duration of the conduct, 5) the identity of and relationship between the alleged harasser and the suspect or suspects of the harassment, 6) the number of individuals involved, 7) the age (and sex, if applicable) of the alleged harasser and the alleged victim(s) of the harassment, 8) the location of the incidents and the context in which they occurred, 9) the totality of the circumstances, and 10) other relevant evidence.
d.  A review of the evidence using a "preponderance of the evidence" standard (based on the evidence, is it more likely than not that discrimination, harassment, or retaliation occurred?)

Table of Contents
Section E approved by Board of Governors 12.13.2022
Effective 1.13.2023



## COLLEGE POLICY

*PERSONNEL*

The designated compliance coordinator (or designated investigator) will complete an investigative report, which will include:

a. A summary of the facts,
b. Findings regarding whether discrimination, harassment or other inappropriate conduct occurred, and
c. If a finding is made that discrimination, harassment or other inappropriate conduct occurred, the recommended remedy or remedies necessary to eliminate such discrimination, harassment or other inappropriate conduct.

If someone other than the designated compliance coordinator conducted the investigation, the compliance coordinator will review, approve, and sign the investigative report. The College will ensure that prompt, appropriate, and effective remedies are provided if a finding of discrimination, harassment, or retaliation is made. The College will maintain relevant documentation obtained during the investigation and documentation supportive of the findings and any subsequent determinations, including the investigative report, witness statements, interview summaries, and any transcripts or audio recordings, pertaining to the investigative and appeal proceedings.

The College will send concurrently to the party's written notification of the decision (findings and any remedy) regarding the complaint within one (1) working day after the investigation is completed. The Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. Sec. 11232g; 34 C.F.R. Part 99, permits the College to disclose relevant information to a student who was discriminated against or harassed.

### Level 2 (Appeal to the President)
If a party is not satisfied with the findings or remedies (or both) set forth in the decision, he or she may file an appeal in writing with the president within five (5) working days after receiving the decision. The president will review the appeal and the investigative documentation and decision, conduct additional investigation, if necessary, and issue a written determination about the appeal within ten (10) working days after receiving the appeal. The party who filed the appeal will be sent the president's determination at the time it is issued, and a copy will be sent to the designated compliance coordinator. [If the president is the subject of the complaint, the party will file the appeal directly with the Board.]

### Level 3 (Appeal to the Board)
If the party is not satisfied with the president's determination, he or she may file an appeal in writing with the Board within five (5) working days after receiving the president's determination. The Board will review the appeal, the president's determination, the investigative documentation and decision, and allow the party to address the Board at a Board meeting to present his or her appeal. The party will be allowed to address the Board at the Board's next regularly scheduled Board meeting (unless the Board receives the appeal within one week of the next regularly scheduled Board meeting) or at a time and date agreed to by the Board, designated compliance officer and the party. The Board will issue a written determination about the appeal within thirty (30) days after the party addresses the Board. The party who filed the appeal will be sent the Board's determination at the time it is issued, and a copy will be sent to the designated compliance coordinator. The Board's determination, and any actions taken, will be final on behalf of the College.

Table of Contents
Section E approved by Board of Governors 12.13.2022
Effective 1.13.2023



## COLLEGE POLICY

*PERSONNEL*

**Confidentiality**

The identity of the complainant will be kept confidential to the extent permitted by state and federal law. The College will notify the complainant of the anti-retaliation provisions of applicable laws and that the College will take steps to prevent retaliation and will take prompt and strong responsive actions if retaliation occurs.

If a complainant requests confidentiality or asks that the complaint not be pursued, the College will take all reasonable steps to investigate and respond to the complaint consistent with the request for confidentiality or the request not to pursue an investigation, as long as doing so does not prevent the College from responding effectively to the harassment and preventing harassment of other students. If a complainant insists that his or her name or other identifiable information not be disclosed to the alleged perpetrator, the College will inform the complainant that its ability to respond may be limited. Even if the College cannot take disciplinary action against the alleged harasser, the College will pursue other steps to limit the effects of the alleged harassment and prevent its recurrence, if warranted.

**Training**

The College will ensure that relevant College employees are adequately trained so they understand and know how to identify acts of discrimination, harassment, and retaliation, and how to report it to appropriate College officials or employees.

In addition, the College shall ensure that employees designated to address or investigate discrimination, harassment, and retaliation, including designated compliance coordinators, receive training to promptly and effectively investigate and respond to complaints and reports of discrimination, and to know the College's grievance procedures and the applicable confidentiality requirements.

**Designated Compliance Coordinators**

Designated compliance coordinators will be responsible for:

   a. Coordinating efforts to comply with anti-discrimination, anti-harassment, and anti-retaliation laws and regulations.
   b. Coordinating and implementing training for students and employees pertaining to anti-discrimination, anti-harassment and anti-retaliation laws and regulations, including the training areas listed above.
   c. Investigating complaints of discrimination (unless the coordinator designates other trained individuals to investigate).
   b. Monitoring substantiated complaints or reports of discrimination, as needed (and with the assistance of other College employees, if necessary), to ensure discrimination or harassment does not recur, and that retaliation conduct does not occur or recur.
   c. Overseeing discrimination complaints, including identifying and addressing any patterns or systemic problems, and reporting such patterns or systemic problems to the Superintendent and the Board of Education.
   d. Communicating regularly with the College's law enforcement unit investigating cases and providing current information to them pertaining to anti-discrimination, anti-harassment, and anti-retaliation standards and compliance requirements.

Table of Contents
Section E approved by Board of Governors 12.13.2022
Effective 1.13.2023



## COLLEGE POLICY

### PERSONNEL

e.  Reviewing all evidence in harassment or violence cases brought before the College's disciplinary committee or administrator to determine whether the complainants are entitled to a remedy under anti-discrimination laws and regulations that was not available in the disciplinary process.

f.  Ensuring that investigations address whether other students or employees may have been subjected to discrimination, including harassment and retaliation.

g.  Determining whether College employees with knowledge of allegations of discrimination, including harassment and retaliation, failed to carry out their duties in reporting the allegations to the designated compliance coordinator and responding to the allegations.

h.  Recommending changes to this policy and grievance procedure.

i.  Performing other duties as assigned.

**Preventative Measures**

The College will publish and widely distribute on an ongoing basis a notice of nondiscrimination (notice) in electronic and printed formats, including prominently displaying the notice on the College's website and posting the notice at each building in the College. The College also will designate an employee to coordinate compliance with anti-discrimination laws (see Designated Compliance Coordinator section, above, for further information on compliance coordinator), and widely publish and disseminate this grievance procedure, including prominently posting it on the College's website, at each building in the College, reprinting it in College publications, such as handbooks, and sending it electronically to members of the College community.

The College also may distribute specific harassment and violence materials (such as sexual violence), including a summary of the College's anti-discrimination, anti-harassment, and anti-retaliation policy and grievance procedure, and a list of victim resources, during events such as College assemblies and back to College nights, if recent incidents or allegations warrant additional education to the College community.

Legal Reference:

Title VI, 42 U.S.C. Sec. 2000d, Title VII, 42 U.S.C. Sec. 2000e, Title IX; 20 U.S.C. Sec. 1681, and the Nebraska Fair Employment Practices Act, Neb. Rev. Stat. Sec. 48-1101 et seq.

Age Discrimination in Employment Act (ADEA), the Older Workers Benefit Protection Act (OWBPA), 29 U.S.C. Sec. 621 et seq., and the Nebraska Age Discrimination in Employment Act, Neb. Rev. Stat. Sec. 48-1001 et seq.;

Americans with Disabilities Act (ADA), 42 U.S.C. Sec. 12101 et seq.

Section 504 of the Rehabilitation Act of 1973 (Section 504)

Pregnancy Discrimination Act, 42 U.S.C. Sec. 2000e(k)

Uniform Service Employment and Reemployment Rights Act (USERRA), 38 U.S.C. Sec. 4301 et seq.



## COLLEGE POLICY

*PERSONNEL*

**Related Policy:** E-19
**Admin Team Adopted:** 10/21/22
**Reviewed:** 10/16/12, 04/19/21, 08/10/21, 10/29/21, 12/10/21, 10/22/21
**Next Review:** TBD
**Web link:** Concern/Complaint Resolution Form
**Tags:** staff concern resolution

Table of Contents
Section E approved by Board of Governors 12.13.2022
Effective 1.13.2023



## SCC STUDENT NON- ACADEMIC GRIEVANCE FORM

| Name | | | Student ID# | | Date |

| Address | | City | State | Zip |

| Day Phone # | | Evening Phone # |

**PROGRAM OF STUDY:**_____

**DATE(S) GRIEVABLE ISSUES OCCURRED:** _____

**ACCORDING TO THE SCC COLLEGE CATALOG, A NON-ACADEMIC GRIEVANCE IS DEFINED AS:**
"A non-academic grievance is a formal dispute between a student and a college employee about the understanding and/or application of the policies and procedures of the campus or college that negatively affects the student. A non-academic grievance may be based on one of the following claims: the decision made was made on unreasonable grounds or without any proper consideration of circumstances by a college employee or administrative office; the policy or procedure was applied unfairly and/or in a different manner than it was applied to others; an administrative error was made in the application of the policy or procedure. "

An attempt should be made by both parties to resolve the grievance in a timely fashion and at the lowest possible level of involvement.

Within ten (10) days from the date the grievant could have reasonably gained knowledge of the alleged misapplication or non-application of College rules or policies, the student must communicate with the involved participants, including, but not limited to, instructor, the program chair, the division dean, or the involved staff as a first attempt to resolve the grievance informally.

Students are encouraged to seek resolution of the grievance through the informal process. If the grievance is not resolved at this level, the Formal Grievance Procedure may be initiated.

**Please describe the alleged violation of stated College policy or procedure (please include additional information and documentation as needed on a separate piece of paper):**

_____
_____
_____
_____
_____
_____
_____

A0156 (04/24)

1. What attempts have been made to resolve this grievance through the informal procedure and which College staff/faculty have you involved in the informal grievance resolution procedure:

_____

_____

_____

2. Describe the results of attempting to resolve the grievance informally:

_____

_____

_____

_____

_____

**Please describe the resolution being requested:**

_____

_____

_____

_____

The Formal Grievance Procedure is available to all currently enrolled students of the College in an attempt to provide equitable solutions to concerns and problems that may arise and is initiated if the Informal Grievance Process has not resulted in a satisfactory/ acceptable resolution.

Within five (5) days from the date the Informal Grievance Process is concluded, the student must complete and submit to the Campus Dean of Students the Student Grievance form. Forms can be obtained from the Dean of Students. The Campus Dean of Students will, within five (5) days, or on a date mutually agreed upon by the Dean and grievant, appoint a minimum of five (5) members to the Grievance Hearing Committee.

**Please complete the following statement:**
A witness and/or an advisor with specific personal knowledge of the situation is permitted to attend. This person will not be permitted to speak independently for the student or in his/her stead. Please indicate the following:

☐ I do not intend to invite a witness/advisor to the hearing.
☐ I request that the following witness attend the hearing: _____

For additional information on the Grievance Hearing Process, please consult the current SCC College Catalog under the Academic and Non-Academic Grievance section or in the Student Code of Conduct.

**\*\*\*Please submit this completed form to the Dean of Students. Be sure to include any additional documentation to be reviewed by the Grievance Hearing Committee\*\*\***

_____        _____

Signature of Student                                              Date Submitted

_____        _____

Dean of Students Signature                                   Date Received

A0156 (04/24)



**SCC STUDENT ACADEMIC GRIEVANCE FORM**

Name                                                   Student ID#                                       Date

Address                                             City                         State                    Zip

Day Phone #                                         Evening Phone #

**PROGRAM OF STUDY:**_____

**DATE(S) GRIEVABLE ISSUES OCCURRED:** _____

**ACCORDING TO THE SCC COLLEGE CATALOG, AN ACADEMIC GRIEVANCE IS DEFINED AS:**
"an appeal of a dismissal from an academic program not in accordance with college or program policy. An academic grievance must be based on at least one of the following: arbitrary and/or capricious action on the part of the faculty member including dismissal from a program on some basis other than performance in the course or program and compliance with policy; application of standards different from those that were applied to other students in the same course or program; or dismissal from a program not in accord with the program standards."

**An attempt should be made by both parties to resolve the grievance in a timely fashion and at the lowest possible level of involvement.**

Within ten (10) days from the date the grievant could have reasonably gained knowledge of the alleged misapplication or non-application of College rules or policies, the student must communicate with the involved participants, including, but not limited to, instructor, the program chair, the division dean, or the involved staff as a first attempt to resolve the grievance informally.

Students are encouraged to seek resolution of the grievance through the informal process. If the grievance is not resolved at this level, the Formal Grievance Procedure may be initiated.

**Please describe the alleged violation of stated College policy or procedure (please include additional information and documentation as needed on a separate piece of paper):**

_____

_____

_____

_____

_____

_____

_____

A0156 (04/24)

1. What attempts have been made to resolve this grievance through the informal procedure and which College staff/faculty have you involved in the informal grievance resolution procedure:

_____
_____
_____

2. Describe the results of attempting to resolve the grievance informally:

_____
_____
_____
_____
_____

**Please describe the resolution being requested:**

_____
_____
_____
_____

The Formal Grievance Procedure is available to all currently enrolled students of the College in an attempt to provide equitable solutions to concerns and problems that may arise and is initiated if the Informal Grievance Process has not resulted in a satisfactory/ acceptable resolution.

Within five (5) days from the date the Informal Grievance Process is concluded, the student must complete and submit to the Campus Dean of Students the Student Grievance form. Forms can be obtained from the Dean of Students. The Campus Dean of Students will, within five (5) days, or on a date mutually agreed upon by the Dean and grievant, appoint a minimum of five (5) members to the Grievance Hearing Committee.

## Please complete the following statement:
A witness and/or an advisor with specific personal knowledge of the situation is permitted to attend.  This person will <u>not</u> be permitted to speak independently for the student or in his/her stead. Please indicate the following:

_____ ☐ I do not intend to invite a witness/advisor to the hearing.
_____ ☐ I request that the following witness attend the hearing: _____

For additional information on the Grievance Hearing Process, please consult the current SCC College Catalog under the Academic and Non-Academic Grievance section or in the Student Code of Conduct.

**\*\*\*Please submit this completed form to the Dean of Students. Be sure to include any additional documentation to be reviewed by the Grievance Hearing Committee\*\*\***

_____    _____
Signature of Student                                                  Date Submitted

_____    _____
Dean of Students Signature                                       Date Received

A0156 (04/24)

 **Outlook**

---

**Diane R Anderson (Spring 2025 Practical Nursing Lab 1 (LPNS-1115-WB03)) just sent you a message in Canvas.**

---

**From** Diane R Anderson <notifications@instructure.com>

**Date** Fri 3/21/2025 3:37 PM

**To** Richard B Bayson <Richard.Bayson@my.southeast.edu>

**Competency check #3**

Instructions for your 3rd and final attempt at medication administration.
*You will need to come to the college and practice, record, upload in the comments section of the medication administration (Unit 2), and grade yourself - the medication cart with the green dot is unlocked
*You will need to arrive at the college for your 3rd attempt on Wednesday 03/26 at 1300 to complete the skill - you will have 2 instructors present - we will be in the simulation center
Please acknowledge you will be there and understand this is your last attempt.
Mrs. A

**Diane R Anderson**
danderson@southeast.edu

You can reply to this message in Canvas by replying directly to this email. If you need to include an attachment, please log in to Canvas and reply through the Inbox.

 **CANVAS**

View this message in Conversations | Update your notification settings

 Outlook

---

## Concerns About Fairness and Treatment in the LPN Program

---

**From** Richard B Bayson <Richard.Bayson@my.southeast.edu>

**Date** Wed 3/26/2025 3:14 AM

**To** Ashley N Fritz <AFritz@southeast.edu>

**Bcc** richard.bayson@yahoo.com <Richard.bayson@yahoo.com>; massiel_guzman28@yahoo.com <massiel_guzman28@yahoo.com>

**Subject: Concerns About Fairness and Treatment in the LPN Program**

Ms. Fritz,

My name is Richard Bayson, and I am a student in the LPN program here at Southeast Community College (SCC). "SCC is one of few stand-alone practical nursing programs in Nebraska. The program is truly focused on practical nursing education and the students' career path" (SCC Manual, 2025), a mission I am proud to support. I drove thousands of miles from New York City to join SCC because I believe in everything this institution represents, its code of conduct, integrity, and pursuit of excellence. As an adult learner, I take my education seriously, knowing that time is limited, and I strive to make the most of every opportunity. I am proud to be an SCC student. Unfortunately, not every experience I've had has reflected the values that drew me here.

I am writing to express my concerns regarding issues I have witnessed in the LPN program. These concerns predate your leadership and persist today. I fear that by raising these matters, I may face retaliation from faculty, potentially resulting in my unfair dismissal from the program. There are even rumors that another student who voiced a concern is now being targeted by faculty. I am working diligently to stay afloat despite these challenges, but I cannot remain silent.

I have observed favoritism, bias, and prejudice in the LPN program. Some students have been allowed to move forward after making critical mistakes, while others, particularly students of color, are repeatedly failed and phased out of the program. I have personally experienced unfair grading. On multiple occasions this semester, I received failing marks despite making no critical errors or miscalculations. In contrast, I witnessed other students, who made calculation errors during their competency checks, being given second and third chances during their competency checks. My mistakes were not critical, yet I was not afforded similar opportunities.

Additionally, last semester, several students, primarily Caucasian students, were given four chances to pass their math calculations, even though the manual clearly states that only three attempts are allowed before repeating the program. Meanwhile, I've been struggling with a seemingly impossible standard. These discrepancies in treatment are disheartening and unfair.

On March 21, 2025, I retook my medication administration competency. My assigned patient, "Johnny Depp," was allergic to Metformin (Glucophage), had a blood pressure of 90/50, a heart rate of 75, and an oxygen saturation of 91%. His only complaint was back pain. I performed a focused assessment, noted his stable vitals, and correctly withheld the medication that could have further lowered his blood pressure. I accurately calculated all dosages, verified the patient's identity, allergies, date of birth, and even asked cognitive assessment questions. The instructor overseeing my test verbally acknowledged my actions, and I felt confident that I had passed.

However, I later received an email stating that I failed because I did not correctly check the patient's wristband, which I believe is inaccurate, especially since I received a verbal acknowledgment from the instructor for my actions. I have dedicated myself to this program since last semester, and this unfair assessment makes me feel targeted. I have seen students with less experience who made more significant mistakes pass without issue. This semester, despite facing school closures, snowstorms, and other delays, I have kept up with the course load and submitted assignments on time, sometimes even ahead of schedule.

Furthermore, there has been a lack of support and guidance. Students repeatedly ask instructors what to expect on the competency tests, only to be told to "figure it out", and we deserve better support as we work towards becoming LPNs. We are students, not experienced nurses. It is the role of the faculty to help us grow, not to set us up for failure. According to the SCC manual, the LPN program focuses on **"teaching** students to provide safe and effective patient care, **and we emphasize quality and flexibility within the program."**

Last semester, I narrowly missed progressing to the next session by just a few points. This semester, an instructor even taunted me about it, saying, "Oh, they didn't pass you by a few points, I see." In contrast, some faculty members have acknowledged my hard work and praised my dedication, which gives me hope.

I am paying out of pocket for my education and deserve a fair chance, just like every other student. It's clear that some students, particularly students of color, are not being given equal opportunities. Many of my peers have dropped out of the program, and most of them are students of color. We deserve the same chances and fair treatment. I want to graduate from SCC and become a success story. I cannot return to New York without a degree and empty-handed.

I will be retesting today and will inform you of the outcome. Thank you for taking the time to listen to me. I hope this letter sheds light on the issues students face and inspires meaningful change.

Sincerely,

Richard Bayson

 Outlook

---

## Re: Concerns About Fairness and Treatment in the LPN Program

---

**From** Ashley N Fritz <AFritz@southeast.edu>

**Date** Wed 3/26/2025 4:33 PM

**To**   Richard B Bayson <Richard.Bayson@my.southeast.edu>

Hi Richard,

I am really sorry that you feel this way. I want to make sure I understand everything clearly so we can address it appropriately. Would you be willing to meet with me and another faculty member, to discuss further?

Would any of the following dates/times work for you?
Monday, March 31st 8:30-3:00 pm
Tuesday, April 1st 8:30-1:00pm
Friday, April 4th 8:30-9:00 or 3:00 pm

Thank you,

*Ashley Fritz, MSN, RN*

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu

 Southeast
COMMUNITY COLLEGE

Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

---

**From:** Richard B Bayson <Richard.Bayson@my.southeast.edu>

**Sent:** Wednesday, March 26, 2025 2:14 AM

**To:** Ashley N Fritz <AFritz@southeast.edu>

**Subject:** Concerns About Fairness and Treatment in the LPN Program

This message is from a student email account.
If you are not expecting this message, please be cautious and do not click links or follow instructions to copy and paste a URL into a browser.
Never give out your username and password to anyone.
SCC will never ask you for your password.

---

**Subject: Concerns About Fairness and Treatment in the LPN Program**

Ms. Fritz,

My name is Richard Bayson, and I am a student in the LPN program here at Southeast Community College (SCC). "SCC is one of few stand-alone practical nursing programs in Nebraska. The program is truly focused on practical nursing education and the students' career path" (SCC Manual, 2025), a mission I am proud to support. I drove thousands of miles from New York City to join SCC because I believe in everything this institution represents, its code of conduct, integrity, and pursuit of excellence. As an adult learner, I take my education seriously, knowing that time is limited, and I strive to make the most of every opportunity. I am proud to be an SCC student. Unfortunately, not every experience I've had has reflected the values that drew me here.

I am writing to express my concerns regarding issues I have witnessed in the LPN program. These concerns predate your leadership and persist today. I fear that by raising these matters, I may face retaliation from faculty, potentially resulting in my unfair dismissal from the program. There are even rumors that another student who voiced a concern is now being targeted by faculty. I am working diligently to stay afloat despite these challenges, but I cannot remain silent.

I have observed favoritism, bias, and prejudice in the LPN program. Some students have been allowed to move forward after making critical mistakes, while others, particularly students of color, are repeatedly failed and phased out of the program. I have personally experienced unfair grading. On multiple occasions this semester, I received failing marks despite making no critical errors or miscalculations. In contrast, I witnessed other students, who made calculation errors during their competency checks, being given second and third chances during their competency checks. My mistakes were not critical, yet I was not afforded similar opportunities.

Additionally, last semester, several students, primarily Caucasian students, were given four chances to pass their math calculations, even though the manual clearly states that only three attempts are allowed before repeating the program. Meanwhile, I've been struggling with a seemingly impossible standard. These discrepancies in treatment are disheartening and unfair.

On March 21, 2025, I retook my medication administration competency. My assigned patient, "Johnny Depp," was allergic to Metformin (Glucophage), had a blood pressure of 90/50, a heart rate of 75, and an oxygen saturation of 91%. His only complaint was back pain. I performed a focused assessment, noted his stable vitals, and correctly withheld the medication that could have further lowered his blood pressure. I accurately calculated all dosages, verified the patient's identity, allergies, date of birth, and even asked cognitive assessment questions. The instructor overseeing my test verbally acknowledged my actions, and I felt confident that I had passed.

However, I later received an email stating that I failed because I did not correctly check the patient's wristband, which I believe is inaccurate, especially since I received a verbal acknowledgment from the instructor for my actions. I have dedicated myself to this program since last semester, and this unfair assessment makes me feel targeted. I have seen students with less experience who made more significant mistakes pass without issue. This semester, despite facing school closures, snowstorms, and other delays, I have kept up with the course load and submitted assignments on time, sometimes even ahead of schedule.

Furthermore, there has been a lack of support and guidance. Students repeatedly ask instructors what to expect on the competency tests, only to be told to "figure it out", and we deserve better support as we work towards becoming LPNs. We are students, not experienced nurses. It is the role of the faculty to help us grow, not to set us up for failure. According to the SCC manual, the LPN program focuses on "teaching students to provide safe and effective patient care, and we emphasize quality and flexibility within the program."

Last semester, I narrowly missed progressing to the next session by just a few points. This semester, an instructor even taunted me about it, saying, "Oh, they didn't pass you by a few points, I see." In contrast, some faculty members have acknowledged my hard work and praised my dedication, which gives me hope.

I am paying out of pocket for my education and deserve a fair chance, just like every other student. It's clear that some students, particularly students of color, are not being given equal opportunities. Many of my peers have dropped out of the program, and most of them are students of color. We deserve the same chances and fair treatment. I want to graduate from SCC and become a success story. I cannot return to New York without a degree and empty-handed.

I will be retesting today and will inform you of the outcome. Thank you for taking the time to listen to me. I hope this letter sheds light on the issues students face and inspires meaningful change.

Sincerely,

Richard Bayson

 Outlook

---

Re: Concerns About Fairness and Treatment in the LPN Program

---

From Ashley N Fritz <AFritz@southeast.edu>

Date Thu 3/27/2025 9:41 AM

To    Richard B Bayson <Richard.Bayson@my.southeast.edu>

Hi Richard,

Does March 31st at 1:00 pm sound ok with you?

Please meet me on the 3rd floor near the faculty office space and I will come find you.

*Ashley Fritz,* MSN, RN

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu



Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

---

From: Richard B Bayson <Richard.Bayson@my.southeast.edu>
Sent: Wednesday, March 26, 2025 7:26 PM
To: Ashley N Fritz <AFritz@southeast.edu>
Subject: Re: Concerns About Fairness and Treatment in the LPN Program

This message is from a student email account.
If you are not expecting this message, please be cautious and do not click links or follow instructions
to copy and paste a URL into a browser.
Never give out your username and password to anyone.
SCC will never ask you for your password.

---

Hello Ms Fritz,

Monday 3/31, in the afternoon works best for me.  Looking forward to hearing back from you.

Thank you,
Richard

From: Ashley N Fritz <AFritz@southeast.edu>
Sent: Wednesday, March 26, 2025 4:33 PM
To: Richard B Bayson <Richard.Bayson@my.southeast.edu>
Subject: Re: Concerns About Fairness and Treatment in the LPN Program

Hi Richard,

I am really sorry that you feel this way. I want to make sure I understand everything clearly so we can address it appropriately. Would you be willing to meet with me and another faculty member, to discuss further?

Would any of the following dates/times work for you?
Monday, March 31st 8:30-3:00 pm
Tuesday, April 1st 8:30-1:00pm
Friday, April 4th 8:30-9:00 or 3:00 pm


Thank you,

*Ashley Fritz, MSN, RN*

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu



Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

From: Richard B Bayson <Richard.Bayson@my.southeast.edu>
Sent: Wednesday, March 26, 2025 2:14 AM
To: Ashley N Fritz <AFritz@southeast.edu>
Subject: Concerns About Fairness and Treatment in the LPN Program

This message is from a student email account.
If you are not expecting this message, please be cautious and do not click links or follow instructions to copy and paste a URL into a browser.
Never give out your username and password to anyone.
SCC will never ask you for your password.

Subject: Concerns About Fairness and Treatment in the LPN Program

Ms. Fritz,

My name is Richard Bayson, and I am a student in the LPN program here at Southeast Community College (SCC). "SCC is one of few stand-alone practical nursing programs in Nebraska. The program is truly focused on practical nursing education and the students' career path" (SCC Manual, 2025), a mission I am proud to support. I drove thousands of miles from New York City to join SCC because I believe in everything this institution represents, its code of conduct, integrity, and pursuit of excellence. As an adult learner, I take my education seriously, knowing that time is limited, and I strive to make the

most of every opportunity. I am proud to be an SCC student. Unfortunately, not every experience I've had has reflected the values that drew me here.

I am writing to express my concerns regarding issues I have witnessed in the LPN program. These concerns predate your leadership and persist today. I fear that by raising these matters, I may face retaliation from faculty, potentially resulting in my unfair dismissal from the program. There are even rumors that another student who voiced a concern is now being targeted by faculty. I am working diligently to stay afloat despite these challenges, but I cannot remain silent.

I have observed favoritism, bias, and prejudice in the LPN program. Some students have been allowed to move forward after making critical mistakes, while others, particularly students of color, are repeatedly failed and phased out of the program. I have personally experienced unfair grading. On multiple occasions this semester, I received failing marks despite making no critical errors or miscalculations. In contrast, I witnessed other students, who made calculation errors during their competency checks, being given second and third chances during their competency checks. My mistakes were not critical, yet I was not afforded similar opportunities.

Additionally, last semester, several students, primarily Caucasian students, were given four chances to pass their math calculations, even though the manual clearly states that only three attempts are allowed before repeating the program. Meanwhile, I've been struggling with a seemingly impossible standard. These discrepancies in treatment are disheartening and unfair.

On March 21, 2025, I retook my medication administration competency. My assigned patient, "Johnny Depp," was allergic to Metformin (Glucophage), had a blood pressure of 90/50, a heart rate of 75, and an oxygen saturation of 91%. His only complaint was back pain. I performed a focused assessment, noted his stable vitals, and correctly withheld the medication that could have further lowered his blood pressure. I accurately calculated all dosages, verified the patient's identity, allergies, date of birth, and even asked cognitive assessment questions. The instructor overseeing my test verbally acknowledged my actions, and I felt confident that I had passed.

However, I later received an email stating that I failed because I did not correctly check the patient's wristband, which I believe is inaccurate, especially since I received a verbal acknowledgment from the instructor for my actions. I have dedicated myself to this program since last semester, and this unfair assessment makes me feel targeted. I have seen students with less experience who made more significant mistakes pass without issue. This semester, despite facing school closures, snowstorms, and other delays, I have kept up with the course load and submitted assignments on time, sometimes even ahead of schedule.

Furthermore, there has been a lack of support and guidance. Students repeatedly ask instructors what to expect on the competency tests, only to be told to "figure it out", and we deserve better support as we work towards becoming LPNs. We are students, not experienced nurses. It is the role of the faculty to help us grow, not to set us up for failure. According to the SCC manual, the LPN program focuses on "**teaching** students to provide safe and effective patient care, **and we emphasize quality and flexibility within the program**."

Last semester, I narrowly missed progressing to the next session by just a few points. This semester, an instructor even taunted me about it, saying, "Oh, they didn't pass you by a few points, I see." In contrast, some faculty members have acknowledged my hard work and praised my dedication, which gives me hope.

I am paying out of pocket for my education and deserve a fair chance, just like every other student. It's clear that some students, particularly students of color, are not being given equal opportunities. Many of

my peers have dropped out of the program, and most of them are students of color. We deserve the same chances and fair treatment. I want to graduate from SCC and become a success story. I cannot return to New York without a degree and empty-handed.

I will be retesting today and will inform you of the outcome. Thank you for taking the time to listen to me. I hope this letter sheds light on the issues students face and inspires meaningful change.

Sincerely,

Richard Bayson

  Outlook

---

**Medication Administration Competency Check**

---

**From** Ashley N Fritz <AFritz@southeast.edu>

**Date** Thu 3/27/2025 6:03 PM

**To** Richard B Bayson <Richard.Bayson@my.southeast.edu>

**Cc** Diane R Anderson <DAnderson@southeast.edu>

Hi Richard,

Unfortunately, the third attempt at administering medications was unsuccessful.

It appears the wrong medication was administered. I would be happy to review the areas missed if you would like during our meeting on Monday.

The bolded items missed include the following:
- Nurses cannot touch the med
- Correctly completes the controlled drug administration record
- Safety- infection control issues noted as eye drops remained open for an extended period of time, walked away from patient while bed in high position

**As noted in the handbook:**
*Courses that have a clinical/lab and didactic component must both be passed in order to receive the didactic grade in the course (i.e., all lab competency skills must be passed in order to receive the didactic grade and the final clinical evaluation must receive a grade of pass in order to receive the didactic grade)*

*Failure to meet the laboratory competency skills will result in the student not being able to perform the skills at clinical in a timely manner. Being unable to perform the skills at clinical will result in failure of the lab course and the clinical course. If a student withdraws from lab, clinical must also be withdrawn or will result in a course failure.*

As noted in the handbook, this will result in a grade of "F" for lab and clinical.

I noticed this is your second attempt at lab 1. I want to make sure you are aware of the Medical Assisting program here at SCC. This might be a program of interest to you. I think it is important that you are aware of all your options.

I will include the website link if you want to take a look:
https://www.southeast.edu/academics/programs/medical-assisting/index.php
Contact Information:
Kathy Zabel
Instructor Medical Assisting (Program Chair)
kzabel@southeast.edu
402-437-2756

If you are considering dropping the courses, please keep in mind the drop date is approaching soon. Please let me know how you would like to proceed.


Thank you,

*Ashley Fritz, MSN, RN*

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu

 **Southeast**
COMMUNITY COLLEGE

Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

.5

📧 Outlook

---

## Re: Concerns About Fairness and Treatment in the LPN Program

---

**From** Ashley N Fritz <AFritz@southeast.edu>

**Date** Thu 3/27/2025 6:04 PM

**To**   Richard B Bayson <Richard.Bayson@my.southeast.edu>

Hi Richard,

Regarding our meeting on Monday, I typically have another instructor with me during any student concerns. Is there an LPN instructor you are comfortable with joining us or would you prefer an instructor not in the program?

Thank you,

*Ashley Fritz, MSN, RN*

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu



Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

---

**From:** Ashley N Fritz <AFritz@southeast.edu>

**Sent:** Thursday, March 27, 2025 8:40 AM

**To:** Richard B Bayson <Richard.Bayson@my.southeast.edu>

**Subject:** Re: Concerns About Fairness and Treatment in the LPN Program

Hi Richard,

Does March 31st at 1:00 pm sound ok with you?

Please meet me on the 3rd floor near the faculty office space and I will come find you.

*Ashley Fritz, MSN, RN*

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu



Restorative ~ Harmony ~ Consistency ~ Discipline    Focus

---

From: Richard B Bayson <Richard.Bayson@my.southeast.edu>
Sent: Wednesday, March 26, 2025 7:26 PM
To: Ashley N Fritz <AFritz@southeast.edu>
Subject: Re: Concerns About Fairness and Treatment in the LPN Program

This message is from a student email account.
If you are not expecting this message, please be cautious and do not click links or follow instructions to copy and paste a URL into a browser.
Never give out your username and password to anyone.
SCC will never ask you for your password.

---

Hello Ms Fritz,

Monday 3/31, in the afternoon works best for me.  Looking forward to hearing back from you.

Thank you,
Richard

---

From: Ashley N Fritz <AFritz@southeast.edu>
Sent: Wednesday, March 26, 2025 4:33 PM
To: Richard B Bayson <Richard.Bayson@my.southeast.edu>
Subject: Re: Concerns About Fairness and Treatment in the LPN Program

Hi Richard,

I am really sorry that you feel this way. I want to make sure I understand everything clearly so we can address it appropriately. Would you be willing to meet with me and another faculty member, to discuss further?

Would any of the following dates/times work for you?
Monday, March 31st 8:30-3:00 pm
Tuesday, April 1st 8:30-1:00pm
Friday, April 4th 8:30-9:00 or 3:00 pm


Thank you,
*Ashley Fritz, MSN, RN*

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu



Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

From: Richard B Bayson <Richard.Bayson@my.southeast.edu>
Sent: Wednesday, March 26, 2025 2:14 AM
To: Ashley N Fritz <AFritz@southeast.edu>
Subject: Concerns About Fairness and Treatment in the LPN Program

This message is from a student email account.
If you are not expecting this message, please be cautious and do not click links or follow instructions to copy and paste a URL into a browser.
Never give out your username and password to anyone.
SCC will never ask you for your password.

Subject: Concerns About Fairness and Treatment in the LPN Program

Ms. Fritz,

My name is Richard Bayson, and I am a student in the LPN program here at Southeast Community College (SCC). "SCC is one of few stand-alone practical nursing programs in Nebraska. The program is truly focused on practical nursing education and the students' career path" (SCC Manual, 2025), a mission I am proud to support. I drove thousands of miles from New York City to join SCC because I believe in everything this institution represents, its code of conduct, integrity, and pursuit of excellence. As an adult learner, I take my education seriously, knowing that time is limited, and I strive to make the most of every opportunity. I am proud to be an SCC student. Unfortunately, not every experience I've had has reflected the values that drew me here.

I am writing to express my concerns regarding issues I have witnessed in the LPN program. These concerns predate your leadership and persist today. I fear that by raising these matters, I may face retaliation from faculty, potentially resulting in my unfair dismissal from the program. There are even rumors that another student who voiced a concern is now being targeted by faculty. I am working diligently to stay afloat despite these challenges, but I cannot remain silent.

I have observed favoritism, bias, and prejudice in the LPN program. Some students have been allowed to move forward after making critical mistakes, while others, particularly students of color, are repeatedly failed and phased out of the program. I have personally experienced unfair grading. On multiple occasions this semester, I received failing marks despite making no critical errors or miscalculations. In contrast, I witnessed other students, who made calculation errors during their competency checks, being given second and third chances during their competency checks. My mistakes were not critical, yet I was not afforded similar opportunities.

Additionally, last semester, several students, primarily Caucasian students, were given four chances to pass their math calculations, even though the manual clearly states that only three attempts are allowed before repeating the program. Meanwhile, I've been struggling with a seemingly impossible standard. These discrepancies in treatment are disheartening and unfair.

On March 21, 2025, I retook my medication administration competency. My assigned patient, "Johnny Depp," was allergic to Metformin (Glucophage), had a blood pressure of 90/50, a heart rate of 75, and an oxygen saturation of 91%. His only complaint was back pain. I performed a focused assessment, noted his stable vitals, and correctly withheld the medication that could have further lowered his blood pressure. I accurately calculated all dosages, verified the patient's identity, allergies, date of birth, and even asked cognitive assessment questions. The instructor overseeing my test verbally acknowledged my actions, and I felt confident that I had passed.

However, I later received an email stating that I failed because I did not correctly check the patient's wristband, which I believe is inaccurate, especially since I received a verbal acknowledgment from the instructor for my actions. I have dedicated myself to this program since last semester, and this unfair assessment makes me feel targeted. I have seen students with less experience who made more significant mistakes pass without issue. This semester, despite facing school closures, snowstorms, and other delays, I have kept up with the course load and submitted assignments on time, sometimes even ahead of schedule.

Furthermore, there has been a lack of support and guidance. Students repeatedly ask instructors what to expect on the competency tests, only to be told to "figure it out", and we deserve better support as we work towards becoming LPNs. We are students, not experienced nurses. It is the role of the faculty to help us grow, not to set us up for failure. According to the SCC manual, the LPN program focuses on "teaching students to provide safe and effective patient care, and we emphasize quality and flexibility within the program."

Last semester, I narrowly missed progressing to the next session by just a few points. This semester, an instructor even taunted me about it, saying, "Oh, they didn't pass you by a few points, I see." In contrast, some faculty members have acknowledged my hard work and praised my dedication, which gives me hope.

I am paying out of pocket for my education and deserve a fair chance, just like every other student. It's clear that some students, particularly students of color, are not being given equal opportunities. Many of my peers have dropped out of the program, and most of them are students of color. We deserve the same chances and fair treatment. I want to graduate from SCC and become a success story. I cannot return to New York without a degree and empty-handed.

I will be retesting today and will inform you of the outcome. Thank you for taking the time to listen to me. I hope this letter sheds light on the issues students face and inspires meaningful change.

Sincerely,

Richard Bayson

 Outlook

---

**Re: Medication Administration Competency Check**

---

**From** Ashley N Fritz <AFritz@southeast.edu>

**Date** Fri 3/28/2025 10:26 AM

**To**    Richard B Bayson <Richard.Bayson@my.southeast.edu>

**Cc**    Diane R Anderson <DAnderson@southeast.edu>

Hi Richard,

I want to clarify my last email. I wrote "It appears the wrong medication was administered." I want to clarify; you did not administer the incorrect medication. The bolded points must be met in order to pass.

The bolded items missed include the following:
- Nurses cannot touch the med
- Correctly completes the controlled drug administration record
- Safety- infection control issues noted as eye drops remained open for an extended period of time, walked away from patient while bed in high position

Thank you,
*Ashley Fritz, MSN, RN*

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu

 **Southeast**
COMMUNITY COLLEGE

Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

---

**From:** Ashley N Fritz

**Sent:** Thursday, March 27, 2025 5:03 PM

**To:** Richard B Bayson <Richard.Bayson@my.southeast.edu>

**Cc:** Diane R Anderson <DAnderson@southeast.edu>

**Subject:** Medication Administration Competency Check

Hi Richard,

Unfortunately, the third attempt at administering medications was unsuccessful.

It appears the wrong medication was administered. I would be happy to review the areas missed if you would like during our meeting on Monday.

The bolded items missed include the following:

- Nurses cannot touch the med
- Correctly completes the controlled drug administration record
- Safety- infection control issues noted as eye drops remained open for an extended period of time, walked away from patient while bed in high position

**As noted in the handbook:**
*Courses that have a clinical/lab and didactic component must both be passed in order to receive the didactic grade in the course (i.e., all lab competency skills must be passed in order to receive the didactic grade and the final clinical evaluation must receive a grade of pass in order to receive the didactic grade)*

*Failure to meet the laboratory competency skills will result in the student not being able to perform the skills at clinical in a timely manner. Being unable to perform the skills at clinical will result in failure of the lab course and the clinical course. If a student withdraws from lab, clinical must also be withdrawn or will result in a course failure.*

As noted in the handbook, this will result in a grade of "F" for lab and clinical.

I noticed this is your second attempt at lab 1. I want to make sure you are aware of the Medical Assisting program here at SCC. This might be a program of interest to you. I think it is important that you are aware of all your options.

I will include the website link if you want to take a look:
https://www.southeast.edu/academics/programs/medical-assisting/index.php
Contact Information:
Kathy Zabel
Instructor Medical Assisting (Program Chair)
kzabel@southeast.edu
402-437-2756

If you are considering dropping the courses, please keep in mind the drop date is approaching soon. Please let me know how you would like to proceed.

Thank you,

*Ashley Fritz, MSN, RN*

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu

 **Southeast**
COMMUNITY COLLEGE

Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

Outlook

---

**Re: Medication Administration Competency Check**

---

**From** Ashley N Fritz <AFritz@southeast.edu>

**Date** Mon 3/31/2025 11:39 AM

**To**    Richard B Bayson <Richard.Bayson@my.southeast.edu>

Hi Richard,

I am happy to discuss this more in detail with you today.

As noted in the handbook, this will result in a grade of "F" for lab and clinical. I would recommend withdrawing from both lab and clinical so you do not end up with the grade of an F but ultimately, that is your decision. If you choose to stay in clinical, you will not be permitted to give medications which will result in failing the course.


Thank you,


*Ashley Fritz,* MSN, RN

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu

 **Southeast**
COMMUNITY COLLEGE

Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

---

**From:** Richard B Bayson <Richard.Bayson@my.southeast.edu>

**Sent:** Sunday, March 30, 2025 4:10 PM

**To:** Ashley N Fritz <AFritz@southeast.edu>

**Subject:** Re: Medication Administration Competency Check

This message is from a student email account.
If you are not expecting this message, please be cautious and do not click links or follow instructions to copy and paste a URL into a browser.
Never give out your username and password to anyone.
SCC will never ask you for your password.

---

Good Afternoon Mrs Fritz.
i dont understand the results. Am i to withdraw from the program?

**From:** Ashley N Fritz <AFritz@southeast.edu>
**Sent:** Friday, March 28, 2025 9:25 AM
**To:** Richard B Bayson <Richard.Bayson@my.southeast.edu>
**Cc:** Diane R Anderson <DAnderson@southeast.edu>
**Subject:** Re: Medication Administration Competency Check

Hi Richard,

I want to clarify my last email. I wrote "It appears the wrong medication was administered." I want to clarify; you did not administer the incorrect medication. The bolded points must be met in order to pass.

The bolded items missed include the following:
- Nurses cannot touch the med
- Correctly completes the controlled drug administration record
- Safety- infection control issues noted as eye drops remained open for an extended period of time, walked away from patient while bed in high position

Thank you,

*Ashley Fritz, MSN, RN*

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu



Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

---

**From:** Ashley N Fritz
**Sent:** Thursday, March 27, 2025 5:03 PM
**To:** Richard B Bayson <Richard.Bayson@my.southeast.edu>
**Cc:** Diane R Anderson <DAnderson@southeast.edu>
**Subject:** Medication Administration Competency Check

Hi Richard,

Unfortunately, the third attempt at administering medications was unsuccessful.

It appears the wrong medication was administered. I would be happy to review the areas missed if you would like during our meeting on Monday.

The bolded items missed include the following:
- Nurses cannot touch the med
- Correctly completes the controlled drug administration record
- Safety- infection control issues noted as eye drops remained open for an extended period of time, walked away from patient while bed in high position

**As noted in the handbook:**
*Courses that have a clinical/lab and didactic component must both be passed in order to receive the didactic grade in the course (i.e., all lab competency skills must be passed in order to receive the didactic grade and the final clinical evaluation must receive a grade of pass in order to receive the didactic grade)*

*Failure to meet the laboratory competency skills will result in the student not being able to perform the skills at clinical in a timely manner. Being unable to perform the skills at clinical will result in failure of the lab course and the clinical course. If a student withdraws from lab, clinical must also be withdrawn or will result in a course failure.*

As noted in the handbook, this will result in a grade of "F" for lab and clinical.

I noticed this is your second attempt at lab 1. I want to make sure you are aware of the Medical Assisting program here at SCC. This might be a program of interest to you. I think it is important that you are aware of all your options.

I will include the website link if you want to take a look:
https://www.southeast.edu/academics/programs/medical-assisting/index.php
Contact Information:
Kathy Zabel
Instructor Medical Assisting (Program Chair)
kzabel@southeast.edu
402-437-2756

If you are considering dropping the courses, please keep in mind the drop date is approaching soon. Please let me know how you would like to proceed.

Thank you,
*Ashley Fritz, MSN, RN*

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu



Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

Outlook

---

**Re: Concerns About Fairness and Treatment in the LPN Program**

---

**From** Ashley N Fritz <AFritz@southeast.edu>

**Date** Tue 4/1/2025 1:57 PM

**To** Richard B Bayson <Richard.Bayson@my.southeast.edu>

Hi Richard,

I know you've put in a lot of effort into the program, and I really appreciate the energy you have dedicated to this. Unfortunately, after reviewing everything, you have not met the requirements to pass this course, and we are unable to offer an additional attempt. Please feel free to reach out if you have any questions.

I want to ensure you received this information in my previous email:

Here is the link to the CCR I mentioned during our meeting: https://www.southeast.edu/student-life/safe-campuses/complaints-concerns-file-a-report.php

Here is Jill Sand, Dean of Health Sciences, contact information:
jsand@southeast.edu
+1 402-437-2729

Thank you,

*Ashley Fritz, MSN, RN*

Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu

 **Southeast**
COMMUNITY COLLEGE

Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

---

**From:** Richard B Bayson <Richard.Bayson@my.southeast.edu>

**Sent:** Monday, March 31, 2025 1:40 PM

**To:** Ashley N Fritz <AFritz@southeast.edu>

**Subject:** Re: Concerns About Fairness and Treatment in the LPN Program

This message is from a student email account.
If you are not expecting this message, please be cautious and do not click links or follow instructions to copy and paste a URL into a browser.
Never give out your username and password to anyone.
SCC will never ask you for your password.

Hello Ms. Fritz,

Thank you for taking the time to meet with me and listening to my concerns. I really need your help with this. This was the point of my meeting with you. All I need is an opportunity to retake the medication administration please. I don't want to lose out on everything I worked so hard to obtain. Im not looking to start any trouble, I just want to succeed. Please give me a chance to prove I know my work. I humbly ask this from you.

Thank you,
Richard

---

**From:** Ashley N Fritz <AFritz@southeast.edu>
**Sent:** Monday, March 31, 2025 1:22 PM
**To:** Richard B Bayson <Richard.Bayson@my.southeast.edu>
**Subject:** Re: Concerns About Fairness and Treatment in the LPN Program

Hi Richard,

Thank you for taking the time to meet with me today.

Here is the link to the CCR I mentioned during our meeting: https://www.southeast.edu/student-life/safe-campuses/complaints-concerns-file-a-report.php

Here is Jill Sand, Dean of Health Sciences, contact information:
jsand@southeast.edu
+1 402-437-2729

Please let me know if you have any questions.

Thank you,
*Ashley Fritz,* MSN, RN
Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu



Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

---

**From:** Ashley N Fritz <AFritz@southeast.edu>
**Sent:** Wednesday, March 26, 2025 3:33 PM
**To:** Richard B Bayson <Richard.Bayson@my.southeast.edu>
**Subject:** Re: Concerns About Fairness and Treatment in the LPN Program

Hi Richard,

I am really sorry that you feel this way. I want to make sure I understand everything clearly so we can address it appropriately. Would you be willing to meet with me and another faculty member, to discuss further?

Would any of the following dates/times work for you?
Monday, March 31st 8:30-3:00 pm
Tuesday, April 1st 8:30-1:00pm
Friday, April 4th 8:30-9:00 or 3:00 pm


Thank you,

*Ashley Fritz*, MSN, RN
Southeast Community College
Nursing Program Director
Tel: 402-437-2730
afritz@southeast.edu

 **Southeast**
COMMUNITY COLLEGE

Restorative ~ Harmony ~ Consistency ~ Discipline ~ Focus

---

**From:** Richard B Bayson <Richard.Bayson@my.southeast.edu>
**Sent:** Wednesday, March 26, 2025 2:14 AM
**To:** Ashley N Fritz <AFritz@southeast.edu>
**Subject:** Concerns About Fairness and Treatment in the LPN Program

This message is from a student email account.
If you are not expecting this message, please be cautious and do not click links or follow instructions to copy and paste a URL into a browser.
Never give out your username and password to anyone.
SCC will never ask you for your password.

---

**Subject: Concerns About Fairness and Treatment in the LPN Program**

Ms. Fritz,

My name is Richard Bayson, and I am a student in the LPN program here at Southeast Community College (SCC). "SCC is one of few stand-alone practical nursing programs in Nebraska. The program is truly focused on practical nursing education and the students' career path" (SCC Manual, 2025), a mission I am proud to support. I drove thousands of miles from New York City to join SCC because I believe in everything this institution represents, its code of conduct, integrity, and pursuit of excellence. As an adult learner, I take my education seriously, knowing that time is limited, and I strive to make the most of every opportunity. I am proud to be an SCC student. Unfortunately, not every experience I've had has reflected the values that drew me here.

I am writing to express my concerns regarding issues I have witnessed in the LPN program. These concerns predate your leadership and persist today. I fear that by raising these matters, I may face retaliation from faculty, potentially resulting in my unfair dismissal from the program. There are even

rumors that another student who voiced a concern is now being targeted by faculty. I am working diligently to stay afloat despite these challenges, but I cannot remain silent.

I have observed favoritism, bias, and prejudice in the LPN program. Some students have been allowed to move forward after making critical mistakes, while others, particularly students of color, are repeatedly failed and phased out of the program. I have personally experienced unfair grading. On multiple occasions this semester, I received failing marks despite making no critical errors or miscalculations. In contrast, I witnessed other students, who made calculation errors during their competency checks, being given second and third chances during their competency checks. My mistakes were not critical, yet I was not afforded similar opportunities.

Additionally, last semester, several students, primarily Caucasian students, were given four chances to pass their math calculations, even though the manual clearly states that only three attempts are allowed before repeating the program. Meanwhile, I've been struggling with a seemingly impossible standard. These discrepancies in treatment are disheartening and unfair.

On March 21, 2025, I retook my medication administration competency. My assigned patient, "Johnny Depp," was allergic to Metformin (Glucophage), had a blood pressure of 90/50, a heart rate of 75, and an oxygen saturation of 91%. His only complaint was back pain. I performed a focused assessment, noted his stable vitals, and correctly withheld the medication that could have further lowered his blood pressure. I accurately calculated all dosages, verified the patient's identity, allergies, date of birth, and even asked cognitive assessment questions. The instructor overseeing my test verbally acknowledged my actions, and I felt confident that I had passed.

However, I later received an email stating that I failed because I did not correctly check the patient's wristband, which I believe is inaccurate, especially since I received a verbal acknowledgment from the instructor for my actions. I have dedicated myself to this program since last semester, and this unfair assessment makes me feel targeted. I have seen students with less experience who made more significant mistakes pass without issue. This semester, despite facing school closures, snowstorms, and other delays, I have kept up with the course load and submitted assignments on time, sometimes even ahead of schedule.

Furthermore, there has been a lack of support and guidance. Students repeatedly ask instructors what to expect on the competency tests, only to be told to "figure it out", and we deserve better support as we work towards becoming LPNs. We are students, not experienced nurses. It is the role of the faculty to help us grow, not to set us up for failure. According to the SCC manual, the LPN program focuses on **"teaching** students to provide safe and effective patient care, **and we emphasize quality and flexibility within the program**."

Last semester, I narrowly missed progressing to the next session by just a few points. This semester, an instructor even taunted me about it, saying, "Oh, they didn't pass you by a few points, I see." In contrast, some faculty members have acknowledged my hard work and praised my dedication, which gives me hope.

I am paying out of pocket for my education and deserve a fair chance, just like every other student. It's clear that some students, particularly students of color, are not being given equal opportunities. Many of my peers have dropped out of the program, and most of them are students of color. We deserve the same chances and fair treatment. I want to graduate from SCC and become a success story. I cannot return to New York without a degree and empty-handed.

I will be retesting today and will inform you of the outcome. Thank you for taking the time to listen to me. I hope this letter sheds light on the issues students face and inspires meaningful change.

Sincerely,

Richard Bayson

**Southeast**

| | | | | | |
|---|---|---|---|---|---|
| **Student Name:** Richard B. Bayson | | **Program (s):** | Practical Nursing-DI | | |
| **Student ID:** 0778972 | | | | | |

**Spring 2025 (1/2/2025-5/16/2025)**

| Course Section | Title | Credits | Final Grade | Midterms | |
|---|---|---|---|---|---|
| | | | | **1** | |
| **FSDT-1350-WB21** 1/2/2025 - 1/17/2025 | Basic Nutrition | 3 | A | B+ | 7 |
| **LPNS-1112-LN02** 1/23/2025 - 5/15/2025 | Practical Nursing Clinical 1 | 2 | W | A+ | |
| **LPNS-1115-WB03** 1/21/2025 - 5/16/2025 | Practical Nursing Lab 1 | 6 | W | C+ | |

**Southeast**

**S Southeast**

| **Student Name:** Richard B. Bayson | **Program (s):** | Practical Nursing-DI |
|---|---|---|
| **Student ID:** 0778972 | | |

### Fall 2024 (8/19/2024-12/13/2024)

| Course Section | Title | Credits | Final Grade | Midterms | |
|---|---|---|---|---|---|
| | | | | 1 | |
| **LPNS-1112-LN01** 8/21/2024 - 12/11/2024 | Practical Nursing Clinical 1 | 2 | W | | |
| **LPNS-1113-HBL1** 8/19/2024 - 12/9/2024 | Professional Nursing 1 | 2 | B+ | A | |
| **LPNS-1115-HBL1** 8/19/2024 - 12/9/2024 | Practical Nursing Lab 1 | 6 | W | | |
| **LPNS-1118-HBL1** 8/19/2024 - 12/9/2024 | Holistic Nursing 1 | 4 | C | B | |

**S Southeast**

**S Southeast**

| Student Name: Richard B. Bayson | Program (s): | Practical Nursing-DI |
|---|---|---|
| Student ID: 0778972 | | |

**Fall 2023 (8/21/2023-12/15/2023)**

| Course Section | Title | Credits | Final Grade | Midterms | |
|---|---|---|---|---|---|
| | | | | 1 | |
| RESP-1111-LN01 8/21/2023 - 12/15/2023 | RESP Anatomy & Physiology | 3 | D+ | D+ | |
| RESP-1114-LN01 8/21/2023 - 12/15/2023 | Respiratory Care Principles | 3 | F | C+ | |
| RESP-1122L-LN11 8/22/2023 - 12/14/2023 | Respiratory Care Proc Lab | 0 | | | |
| RESP-1122-LN01 8/21/2023 - 12/15/2023 | Respiratory Care Procedures | 6 | F | A | |
| RESP-1150-LN01 8/21/2023 - 12/15/2023 | RESP Pharmacology & Pathology | 5 | D+ | C+ | |