IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RICHARD B. BAYSON,

               Plaintiff,

vs.

SOUTHEAST COMMUNITY
COLLEGE, et al.,

               Defendants.

8:26-CV-56
8:26-CV-112

ORDER

The plaintiff has filed responses (no. 8:26-cv-56 filing 19, no. 8:26-cv-112 filing 8) which can be construed as objections to the notice of related case (no. 8:26-cv-56 filing 18, no. 8:26-cv-112 filing 6) filed by the defendants. *See* NEGenR 1.4(a)(4)(D). To the extent that the plaintiff's filings are objections, they are wholly without merit and will be overruled.

The plaintiff insists that these cases are unrelated because no. 8:26-cv-56 deals with his 2025-26 removal from the Southeast Community College nursing program, while no. 8:26-cv-112 deals with his 2023 removal from the respiratory therapy program. *See* no. 8:26-cv-56 filing 19, no. 8:26-cv-112 filing 8. But that's only his *amended* complaint in no. 8:26-cv-56. No. 8:26-cv-56 filing 11. His initial complaint in that case also included allegations about the respiratory therapy program, *see* no. 8:26-cv-56 filing 1 at 10-12, and the Court has already ruled on a motion for preliminary injunction that was based on those allegations and sought reinstatement into the respiratory therapy program, *see* no. 8:26-cv-56 filing 6 and filing 7. The plaintiff's operative complaint in no. 8:26-cv-56 *still* seeks reinstatement to the respiratory therapy program. No. 8:26-cv-56 filing 11 at 7.

These cases are plainly related. *See* NEGenR 1.4(a)(4)(C)(iii) And even if the plaintiff had kept them scrupulously separate, they're *both* related to no. 8:25-cv-575, in which the plaintiff's scattered pleadings presented both claims. *See* no. 8:25-cv-575 filing 49. Pursuant to NEGenR 1.4(a)(4)(B)(ii), assignment of these cases to the same judges is appropriate. Accordingly,

IT IS ORDERED that the plaintiff's objections are overruled.

Dated this 2nd day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge