IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RICHARD B. BAYSON,

          Plaintiff,

vs.

SOUTHEAST COMMUNITY
COLLEGE, et al.,

          Defendants.

8:26-CV-56
8:26-CV-112

ORDER

This matter is before the Court on its own motion. On April 2, 2026, the Clerk of the Court sent an order to the plaintiff at his last known address and it was returned to this Court as undeliverable. *See* case no. 8:26-cv-56 filing 23; case no. 8:26-cv-112 filing 12.

The plaintiff has an obligation to keep the Court informed of his current address at all times. See NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). These cases cannot be pursued in this Court if the plaintiff's whereabouts remain unknown. Accordingly,

IT IS ORDERED:

1.    The plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice.

2.    The Clerk of the Court is directed to send a copy of this order to the plaintiff at his last known address.

- 2 -

3.      The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: May 15, 2026: check for address.

Dated this 15th day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge