IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RICHARD B. BAYSON,

Plaintiff,

vs.

SOUTHEAST COMMUNITY COLLEGE, et al.,

Defendants.

8:26-CV-56

ORDER

This matter is before the Court on the plaintiff's objection (filing 30) to the Magistrate Judge's order (filing 29) denying the plaintiff's motion (filing 28) for a scheduling order, finding good cause to delay the scheduling order until the defendants' motion to dismiss is disposed of. A district court may reconsider a Magistrate Judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). The Magistrate Judge's order here was neither. Accordingly,

IT IS ORDERED that the plaintiff's objection (filing 30) is overruled.

Dated this 19th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge